E. L. LUDFORD v. S. M. COMBS ET AL.

(Filed 22 February, 1928.)

**1. Appeal and Error—Review—Error Waived in Supreme Court—Rules of Court.**

It is necessary that exceptions be mentioned in brief, with authorities and argument, or they will be deemed abandoned on appeal.

**2. Interest—Time and Computation—Judgments.**

When interest is recoverable on amount of verdict, it will run from the date of the verdict, unless it can be legally determined before then. C. S., 2307.

APPEAL by plaintiff and defendants from *Midyette, J.,* at November Term, 1927, of TYRRELL.

*Thompson & Wilson and W. L. Small for plaintiff.*
*Aydlett & Simpson for defendants.*

### DEFENDANTS' APPEAL.

PER CURIAM. Exceptions in the record not set out in the appellants' brief, or in support of which no reason or argument is stated or authority cited, will be taken as abandoned. Rule 28. The only exceptions relied on by the defendants are addressed to instructions given the jury, and in these instructions we find
No error.

### PLAINTIFF'S APPEAL.

PER CURIAM. The judgment is affirmed. The amount due could not be determined before verdict. C. S., 2307.
Affirmed.